■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD GOGGINS, Appellant. [630 NYS2d 929] —Appeal by the defendant from a judgment of the County Court, Nassau County (Goodman, J.), rendered May 27, 1992, convicting him of criminal possession of a controlled substance in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions are either unpreserved for ap-

pellate review or without merit. Bracken, J. P., Balletta, Pizzuto and Hart, JJ., concur.